X:cases\MS51750\lm\LEGAL\JDG\Rule7.1Statement

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GEORGE TAMMANY, TAMMANY FLOORING,
INC. and TAMMCO LTD.,

                  Plaintiffs,

-against-

CHARLES HAWTHORNE, RYAN HAWTHORNE
and C & R FOREST PRODUCTS, INC.,

                  Defendants.
-----------------------------------------------------------X

**JUDGE CONNER**

RULE 7.1 STATEMENT

Docket No.: **07 CIV 6953**

#2

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **C & R FOREST PRODUCTS INC.**, (a private non-governmental party) certifies that the following corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    None, **C & R FOREST PRODUCTS INC.**, is a privately held company.

Dated:    New York, New York
             August 2, 2007

                          _____
                          SUZANNE M. HALBARDIER (SMH-0310)
                          BARRY, McTIERNAN & MOORE
                          Attorneys for Defendants
                          CHARLES HAWTHORNE, RYAN HAWTHORNE
                          and C & R FOREST PRODUCTS, INC.
                          2 Rector Street, 14th Floor
                          New York, New York 10006
                          (212) 313-3600
                          Our File No.: MS51750